IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION
AT COLUMBUS, GEORGIA



# MINUTE SHEET re: JURY TRIAL (CONTESTED/EVIDENCE ENTERED)

Date:   September 19, 2017                    Court Time for JS10:  3 hours 25 minutes

Judge:  CLAY D. LAND                          Court Reporter: Betsy Peterson

Courtroom Deputy:  Elizabeth S. Long          Interpreter: N/A

Case Number: 4:15-CV-34-CDL

ROBERT H. WRIGHT, JR.                         Counsel: CRAIG T. JONES

v.

S/A JERALD WATSON and Deputy JOHN             Counsel: KENNETH D. JONES, and RUSSELL
GOODRICH                                      A. BRITT

*DISCLAIMER:   CONTENTS OF THIS MINUTE SHEET ARE FOR ADMINISTRATIVE PURPOSES ONLY AND ARE NOT MEANT AS A SUBSTITUTION FOR THE     OFFICIAL COURT RECORD.  ATTORNEYS SHOULD CONTACT THE COURT REPORTER AND ORDER A TRANSCRIPT IF THERE ARE ANY QUESTIONS AS TO THE CONTENTS HEREIN.*

---

| | |
|---|---|
| 9:00 AM | Court resumed in session |
| | Closing Arguments |
| | Break |
| | Jury Charge |
| | Jurors excused for lunch |
| | Jurors convened to begin deliberations |
| | Court resumed to receive the verdict |
| | VERDICT in favor of defendants |
| 3:30 PM | Court adjourned |