UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

ROBERT H. WRIGHT, JR.,

    Plaintiff,

vs.                                                                                          CASE NO. 4:15-CV-34

JERALD WATSON and
JONATHAN GOODRICH,

    Defendants.
_____/

## VERDICT FORM

Do you find from a preponderance of the evidence:

1. That Defendant Jerald Watson violated Plaintiff Robert H. Wright, Jr.'s Fourth Amendment rights?

    Answer Yes or No: __*No*__

    *Go to the next question.*

2. That Defendant Jonathan Goodrich violated Plaintiff Robert H. Wright, Jr.'s Fourth Amendment rights?

    Answer Yes or No: __*No*__

*If you answered NO to both Question 1 and Question 2, that ends your deliberations. Have your foreperson sign and date this verdict form and inform the court security officer that you have reached a verdict. If you answered YES to both Question 1 and Question 2, go to Question 3. If you answered YES to only Question 1, go to Question 4. If you answered YES to only Question 2, go to Question 5.*

1

3. That Robert H. Wright, Jr. should be awarded compensatory damages against Defendants Jerald Watson and Jonathan Goodrich, jointly?

   Answer Yes or No: _____

   If yes, in what amount? _____

*If you answered YES and made an award of compensatory damages against Defendants Jerald Watson and Jonathan Goodrich jointly, go to Question 7. If you answered Question 3 NO, go to Question 4.*

4. That Robert H. Wright, Jr. should be awarded compensatory damages against Defendant Jerald Watson in the amount of
_____.

*Go to Question 5.*

5. That Robert H. Wright, Jr. should be awarded compensatory damages against Defendant Jonathan Goodrich in the amount of
_____.

*If you have made an award of compensatory damages against either or both Defendants, go to Question 7. If you answered YES to Question 1 or Question 2 or both but have awarded no compensatory damages against either Defendant, go to Question 6.*

6. That Robert H. Wright should be awarded nominal damages of $1.00?

   Answer Yes or No: _____

*If you answered NO, your deliberations are finished. Have your foreperson sign and date this verdict form and inform the court security officer that you have reached a verdict. If your answer is YES, indicate below which Defendant nominal damages should be awarded against.*

   _____ Jerald Watson

   _____ Jonathan Goodrich

*If you have awarded compensatory or nominal damages, go to Question 7.*

7. That punitive damages should be assessed against Jerald Watson?

   Answer Yes or No: _____

   *Go to the next question.*

8. That punitive damages should be assessed against Jonathan Goodrich?

   Answer Yes or No: _____

   *Have your foreperson sign and date the verdict form.*

SO SAY WE ALL.

_____
Foreperson's Signature

DATE: __9/19/17__